IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAYNE C. CUBBAGE, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 05-2989 |
| v. | : | |
| | : | |
| BLOOMBERG, L.P., | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 31st day of August, 2010, it is hereby ORDERED that Defendant's Motion for Summary Judgment (Dkt. No. 53) is GRANTED. Judgment is entered in favor of Defendant and against Plaintiff. The Clerk will close this case for statistical purposes.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II    J.