# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

10-3698

Jayne Cubbage v. Bloomberg LP

2-05-cv-02989

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: April 1, 2011

/s/ pdb Case Manager

cc:
Thomas H. Golden Esq.
J. Edward McCain III Esq.

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.